**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA ZUNIGA-GUTIERREZ,<br><br>Defendant. | Case No. 5:24-mj-00028-CDB<br><br>ORDER OF RELEASE |

Defendant Jose Maria Zuniga-Gutierrez was arrested in this district on June 11, 2024, on a warrant issued in the Southern District of Texas following Defendant's charge by indictment in that district for violating 8 U.S.C. § 1324(a)(1)(A) & (B) et seq.

Defendant appeared for arraignment on the indictment on June 12, 2024. During the arraignment, Defendant was advised of his right to counsel and was appointed counsel. He also was advised of other statutory and constitutional rights, including to make no statements in open court, to consular notification, to receive a trial, and to pretrial release.

The government moved for detention under 18 U.S.C. § 3142(f)(2) but failed to adequately proffer information demonstrating that Defendant presented a serious risk of flight.

Following argument by the parties and its consideration of the report from the Pretrial Services Office, the Court ordered Defendant released on his own recognizance and admonished Defendant: (1)

to not commit any federal, state or local crimes during his release, and (2) to report by 10:00am to the Federal Courthouse for the Southern District of Texas (Victoria, TX) on June 26, 2024, for further proceedings.

Accordingly, IT IS HEREBY ORDERED that Defendant Jose Maria Zuniga-Gutierrez shall be released from custody FORTHWITH.

IT IS SO ORDERED.

Dated: **June 12, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2